Order issued September  *14* , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01022-CV

**MICHELLE EDDINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD CARY EDDINS, Appellant**

**V.**

**JAN DEBEUCKELAER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KAAT DEBEUCKELAER, ET AL. Appellees**

## ORDER

We **GRANT** appellees' September 6, 2012 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before September 20, 2012. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE